Jamie B. Beaber (*Pro Hac Vice*)
    jbeaber@mayerbrown.com
Kfir B. Levy (State Bar No. 235372)
    klevy@mayerbrown.com
Michael L. Lindinger (*Pro Hac Vice*)
    mlindinger@mayerbrown.com
**MAYER BROWN LLP**
1999 K Street NW
Washington, DC 20006
Phone: 202.263.3000

David M. Stein, State Bar No. 198256
    dstein@ggtriallaw.com
**GREENBERG GROSS LLP**
650 Town Center Drive, Suite 1700
Costa Mesa, California 92626
Phone: 949.383.2800
Fax:    949.383.2801

Attorneys for Plaintiff MAXELL, LTD.

Glenn W. Trost (SBN: 116203)
gtrost@swlaw.com
**SNELL & WILMER L.L.P.**
350 Grand Ave., Suite 3100
Los Angeles, CA 90071
(213) 929-2500

Steven Lieberman (*Pro Hac Vice*)
slieberm@rothwellfigg.com
Sharon Davis (*Pro Hac Vice*)
sdavis@rothwellfigg.com
**ROTHWELL FIGG ERNST & MANBECK, P.C.**
607 14th Street, N.W., Suite 800
Washington, D.C. 20005
(202) 783-6040

Attorneys for Defendant FANDANGO MEDIA, LLC

*Additional Counsel Listed on Signature Page*

**UNITED STATES DISTRICT COURT**

**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MAXELL, LTD., | Case No. 2:17-cv-07534-AG-(SSx) |
| Plaintiff, | **S.P.R. 3.4 JOINT CLAIM CONSTRUCTION AND PREHEARING STATEMENT** |
| v. | |
| FANDANGO MEDIA, LLC, | Hon. Andrew J. Guilford |
| Defendant. | Complaint Filed: October 13, 2017 |

Pursuant to Standing Patent Rules ("S.P.R.") 3.4 and the Court's order (Dkt. 63) adopting certain pretrial dates in the Rule 26(f) report (Dkt. 61), Plaintiff Maxell, Ltd. ("Maxell") and Defendant Fandango Media, LLC ("Fandango") (collectively, the "Parties") hereby submit the following Joint Claim Construction and Prehearing Statement regarding claim terms that the parties believe may need to be construed by the Court and/or should be governed by 35 U.S.C. § 112(6) for U.S. Patent Nos. 8,311,389 ("the '389 Patent"), U.S. Patent No. 9,083,942 ("the '942 Patent"), U.S. Patent No. 9,773,522 ("the '522 Patent"), U.S. Patent No. 6,954,583 ("the '583 Patent"), U.S. Patent No. 7,515,810 ("the '810 Patent"), and U.S. Patent No. 9,384,783 ("the '783 Patent").

## I. Agreed Constructions (S.P. R. 3.4.1)

The Parties agree on the following constructions:

| Patent, Claim | Term | Agreed Construction |
|---|---|---|
| '583, claim 3 | "displaying in superposition on" | displaying over |
| '583, claim 3<br><br>'810, claim 1 | "representative image list"/ "list of time serial representative images" | representative images arranged in a list or index |

| Patent, Claim | Term | Agreed Construction |
|---|---|---|
| '810, claim 1 | "means for inputting a command" | **Function**: inputting a command<br><br>**Structure**: instructions or commands for the computer 4 can be inputted by using an input device 5 such as a keyboard, a pointing device typified by a mouse, a touch panel or the like. '810 Patent, 3:53-55; 8:62-9:2, FIG. 1. |
| '810, claim 1 | "means for displaying a list of time-serial representative images of scenes included in a video picture" | **Function**: displaying a list of time-serial representative images of scenes included in a video picture<br><br>**Structure**: a display device which may be constituted by a CRT (Cathode- Ray Tube), an LCD (Liquid Crystal Display) device or the like and which is designed for displaying video pictures outputted from a computer 4. '810 Patent, 3:49-52; 4:32-50, FIG. 2. |
| '783, claim 2 | "video information" | video data represented by digital or analog signal |
| '783, claim 2 | "selected video information" | user-selected video data represented by digital or analog signal |

## II. Disputed Constructions (S.P. R. 3.4.2)

The Parties have been unable to agree on the construction of the following terms. The Parties' respective proposed constructions, with cited support, are as follow:

| Patent, Claim | Term | Maxell's Proposed Construction/Support | Fandango's Proposed Construction/Support |
|---|---|---|---|
| '583, claim 3 | "making into appearance said representative image list while extending stepwise a display field of said representative image list over a predetermined time duration" | "displaying the representative image list over the video picture in a sequential manner for a given period of time"<br><br>Intrinsic Evidence:<br>'583 Patent, Abstract, 2:50-53, 3:16-18, 5:4-29, 5:49-56, 6:15-17, 8:8-22, 9:6-28, Figs. 3A-C, 6A-C, 7.<br><br>Extrinsic Evidence:<br>Merriam Webster's Collegiate Dictionary Tenth Ed. (1996), page 1153 ("stepwise")<br>MAXELL_FNDG0009458<br>https://www.merriam-webster.com/dictionary/step | "making into appearance said representative image list while extending incrementally a display field of said representative image list over a predetermined time duration"<br><br>Intrinsic Evidence:<br>'583 Patent: Figs. 3A-3C; 3:16-18; 4:30-48; 5:14-6:31<br><br>Extrinsic Evidence:<br>Bederson Decl., ¶¶ 67-71 |

| Patent, Claim | Term | Maxell's Proposed Construction/Support | Fandango's Proposed Construction/Support |
|---|---|---|---|
| | | wise MAXELL_FNDG0009477-83 The expert declaration and deposition testimony of Stuart Lipoff. | |
| '583, claim 3 | "causing said reproduction to transit temporally gradually to a full screen reproduction" | "transitioning the selected representative image starting from the index position until the selected representative image has ultimately occupied the whole area of the display screen"<br><br>Intrinsic Evidence:<br>'583 Patent, Abstract, 3:26-30, 8:1-34, 4:53-5:12, Fig. 6A-C<br><br>Extrinsic Evidence:<br>Merriam Webster's Collegiate Dictionary Tenth Ed. (1996), pages 505 ("gradual") and 1213 ("temporal") | "causing said playback to expand in area gradually over time to a full screen playback"<br><br>Intrinsic Evidence:<br>'583 Patent: Figs. 6A-6C; 1:6-17; 1:51-2:14; 2:32-39; 8:1-34<br><br>Extrinsic Evidence:<br>Bederson Decl., ¶¶ 77-82 |

| Patent, Claim | Term | Maxell's Proposed Construction/Support | Fandango's Proposed Construction/Support |
|---|---|---|---|
| | | MAXELL_FNDG0009456, -9460 https://www.merriam-webster.com/dictionary/gradually MAXELL_FNDG0009442-52 http://www.dictionary.com/browse/gradual?s=t MAXELL_FNDG0009438-41 The expert declaration and deposition testimony of Stuart Lipoff. | |
| '583, claim 3 | "starting reproduction of a video picture…at a display position of said selected representative reduced-size image with a size thereof" | Plain and ordinary meaning<br><br>Intrinsic Evidence:<br>'583 Patent, 2:45-67, 3:26-30, 8:1-34, Figs. 6A-C | "starting playback of a video…at a display position of said selected representative reduced size image with a size thereof"<br><br>Intrinsic Evidence:<br>'583 Patent: 1:6-17; 1:51-2:14; 2:32-39; 3:26-30; 8:1-34 |

| Patent, Claim | Term | Maxell's Proposed Construction/Support | Fandango's Proposed Construction/Support |
|---|---|---|---|
| | | | Extrinsic Evidence: Bederson Decl., ¶¶ 72-76 |
| '810, claim 1 | "means for scrolling the list by displaying a new representative image instead of the representative image of the representative image already displayed earlier when a total number of the time-serial representative images exceed a maximum | **Function**: scrolling the list by displaying a new representative image instead of the representative image of the representative image already displayed earlier when a total number of the time-serial representative images exceed a maximum number of representative images which can be displayed on a display screen<br><br>**Structure**: "Instructions or commands for the computer 4 can be inputted by using an input device 5 such as a keyboard, a pointing device typified by a mouse, a touch panel or the like." ('810 patent, 3:53-55; Fig. 5). | **Function**: scrolling the list by displaying a new representative image instead of the representative image of the representative image already displayed earlier when a total number of the time-serial representative images exceed a maximum number of representative images which can be displayed on a display screen<br><br>**Structure**: a general purpose computer programmed with a conventional scrolling function. *See, e.g.*, '810 |

| Patent, Claim | Term | Maxell's Proposed Construction/Support | Fandango's Proposed Construction/Support |
|---|---|---|---|
| | number of representative images which can be displayed on a display screen" | Intrinsic Evidence: '810 patent , 3:26-29, 3:53-55, 5:36-40, 6:51-7:26, 8:7-15, 8:62 – 9:36, Fig. 5. | Patent FIG. 5 and 6:51-7:25.<br><br>Intrinsic Evidence: '810 Patent: Fig. 5; 5:15-6:35; 6:51-8:8<br><br>Extrinsic Evidence: Bederson Decl., ¶¶ 86-90; Bederson, B.B., 2000. Fisheye menus. In Proceedings of the 13th annual ACM symposium on user interface software and technology (UIST '00). ACM, New York, NY, USA 217-225. DOI=http://dx.doi.org/10.1145/354401.354782. |
| '810, claim 2 | "means for reproducing the video | **Function**: reproducing the video picture by gradually extending the area of a | **Function:** playing the video by gradually extending the area of a |

| Patent, Claim | Term | Maxell's Proposed Construction/Support | Fandango's Proposed Construction/Support |
|---|---|---|---|
| | picture by gradually extending the area of a selected representative image stepwise from a displayed position until the selected representative image has occupied the whole area of the display screen when one of the representative image is selected by the user" | selected representative image stepwise from a displayed position until the selected representative image has occupied the whole area of the display screen when one of the representative image is selected by the user<br><br>Within the function, "gradually extending the area of the selected representative image stepwise from a displayed position" means "transitioning the selected representative image starting from the index position"<br><br>**Structure**: computer 4 executing software/instructions to perform the function as shown in Figs. 6A-C. *See* | selected representative image incrementally from a displayed position until the selected representative image has occupied the whole area of the display screen when one of the representative image is selected by the user<br><br>**Structure**: the specification does not recite sufficient structure corresponding to the claimed function as it only describes a general purpose computer and a pictorial gradual extension of an image shown in FIGs. 6A-6C.<br><br>Intrinsic Evidence:<br>'810 Patent: Figs. 3A-3C, 6A-6C; 1:13-24; 1:57-2:20; 2:39-46; 3:20-22; |

| Patent, Claim | Term | Maxell's Proposed Construction/Support | Fandango's Proposed Construction/Support |
|---|---|---|---|
| | | '810 patent, 3:46-4:50, 8:15-62<br><br>Intrinsic Evidence:<br>'810 patent, 3:20-22, 3:30-33, 3:46-6:35, 8:8-62, 9:14-37; Figs. 1-2, 6A-C, 7.<br><br>Extrinsic Evidence:<br>Merriam Webster's Collegiate Dictionary Tenth Ed. (1996), pages 505 ("gradual") and 1153 ("stepwise")<br>MAXELL_FNDG0009456, -9458<br>https://www.merriam-webster.com/dictionary/gradually<br>MAXELL_FNDG0009442-52<br>http://www.dictionary.com/browse/gradual?s=t<br>MAXELL_FNDG0009438-41 | 4:32-50; 5:15-6:35; 8:8-41<br><br>Extrinsic Evidence:<br>Bederson Decl., ¶¶ 91-98 |

| Patent, Claim | Term | Maxell's Proposed Construction/Support | Fandango's Proposed Construction/Support |
|---|---|---|---|
| | | https://www.merriam-webster.com/dictionary/stepwise<br><br>MAXELL_FNDG0009477-83<br><br>The expert declaration and deposition testimony of Stuart Lipoff. | |
| '389, claims 3, 7; '942, claims 1, 4, 7, 10, 13, 16, 19, 22; '522, claims 13, 16, 19, 22 | "control information" | information that includes a set of temporal restrictions, including at least a retention period and reproduction (i.e., playback permission) period<br><br>Intrinsic Evidence:<br>'389 patent, Abstract[1], 1:60-2:1, 2:66-3:32, 5:37-43, 8:6-27, 8:46-51, 9:25-12:25, Figs. 8-10 | information that includes a set of temporal restrictions<br><br>Intrinsic Evidence:<br>'522 Patent: Figs. 8-10; Abstract; 1:63-2:6; 3:3-18; 3:38-4:8; 4:39-47; 5:35-57; 6:54-7:7; 9:6-12:47; 14:30-15:34; 19:12-23<br>See also, Parallel citations in the '389 and '942 Patents.<br><br>Extrinsic Evidence: |

---

[1] Citations to the '389 Patent are provided as the '942 and '522 Patents share the same specification and similar citations are incorporated by reference.

| Patent, Claim | Term | Maxell's Proposed Construction/Support | Fandango's Proposed Construction/Support |
|---|---|---|---|
| | | | Bederson Decl., ¶¶ 55-59 |
| '389, claims 3, 7; '942, claims 1, 4, 7, 10, 13, 16, 19, 22; '522, claims 13, 16, 19, 22 | "a first period for retaining the audio/video information on the recording medium" | Plain and ordinary meaning<br><br>Intrinsic Evidence:<br>'389 Patent, Abstract, 2:66-3:32, 15:53-17:52<br><br>'942 Patent Prosecution History:<br>July 10, 2014 Applicant Amendment/Argument, page 15 (MAXELL_FNDG0002248)<br><br>Extrinsic Evidence:<br>Merriam Webster's Collegiate Dictionary Tenth Ed. (1996), page 999 ("retain")<br>MAXELL_FNDG0009457<br>https://www.merriam-webster.com/dictionary/retain<br>MAXELL_FNDG0009465-76 | "A first period for retaining the audio/video program in its entirety on the recording medium"<br><br>Intrinsic Evidence:<br>'522 Patent: Abstract; 2:15-35; 3:3-18; 9:31-49; 16:14-31; MAXELL_FNDG0002284-MAXELL_FNDG0002303 (Amendment Accompanying Request for Continued Examination (RCE) dated Dec. 31, 2014)<br>*See also,* Parallel citations in the '389 and '942 Patents.<br><br>Extrinsic Evidence:<br>Declaration of Ben |

| Patent, Claim | Term | Maxell's Proposed Construction/Support | Fandango's Proposed Construction/Support |
|---|---|---|---|
| | | http://www.dictionary.com/browse/retain <br> MAXELL_FNDG0009461-64 | Bederson, PhD ("Bederson Decl."), ¶¶ 48-54 |
| '783, claim 2 | "recording unit" | Plain and ordinary meaning <br><br> Intrinsic Evidence: <br> '783 patent, 4:25-5:16, Fig. 3 <br><br> Extrinsic Evidence: <br> The expert declaration and deposition testimony of Stuart Lipoff. | "recording unit on the side of the display apparatus" <br><br> Intrinsic Evidence: <br> '783 Patent: Fig. 3; 4:25-5:40; <br> MAXELL_FNDG0002700- MAXELL_FNDG0002707 (Response to Office Action of October 13, 2015, dated March 17, 2017); <br> MAXELL_FNDG0002709- MAXELL_FNDG0002713 (Notice of Allowance) <br><br> Extrinsic Evidence: |

| Patent, Claim | Term | Maxell's Proposed Construction/Support | Fandango's Proposed Construction/Support |
|---|---|---|---|
| | | | Bederson Decl., ¶¶ 103-106 |
| '783, claim 2 | "first[/second] group of video information for a first[/second] classification" (Fandango) | Plain and ordinary meaning<br><br>Intrinsic Evidence:<br>'783 patent, 5:41-6:33, Figs. 1, 4-7, 9-13<br><br>August 31, 2015, Applicant Amendment/Argument. MAXELL_FNDG0002641-48<br>March 17, 2016, Applicant Amendment/Argument. MAXELL_FNDG2700-707 | "first[/second] user defined group of video information for a first[/second] classification"<br><br>Intrinsic Evidence:<br>'783 Patent: Figs. 6, 7; Abstract; 3:64-4:21; 5:65-6:18; MAXELL_FNDG0002641- MAXELL_FNDG0002647<br>(Response to Office Action of March 31, 2015, dated August 31, 2015)<br><br>Extrinsic Evidence:<br>Bederson Decl., ¶¶ 107-112 |

III. **Most Significant Disputed Constructions (S.P. R. 3.4.3)**

1. "making into appearance said representative image list while extending stepwise a display field of said representative image list over a predetermined time duration"
2. "causing said reproduction to transit temporally gradually to a full screen reproduction"
3. "starting reproduction of a video picture…at a display position of said selected representative reduced-size image with a size thereof"
4. "means for scrolling the list by displaying a new representative image instead of the representative image of the representative image already displayed earlier when a total number of the time-serial representative images exceed a maximum number of representative images which can be displayed on a display screen"
5. "means for reproducing the video picture by gradually extending the area of a selected representative image stepwise from a displayed position until the selected representative image has occupied the whole area of the display screen when one of the representative image is selected by the user"
6. "control information"
7. "a first period for retaining the audio/video information on the recording medium"
8. "recording unit"
9. "first[/second] group of video information for a first[/second] classification"

IV. **Length of Claim Construction Hearing (S.P. R. 3.4.4)**

The Parties believe the claim construction hearing will require 60 minutes per party, for a total of 2 hours. The parties' request for an additional 15 minutes per side is because of the number of patents and varying technology at issue in this case.

V. **Witnesses (S.P. R. 3.4.5)**

The Parties do not propose calling witnesses.

| | | |
|---|---|---|
| 1 | Respectfully submitted, | */s/*   *Jamie B. Beaber* |
| 2 | Date: May 29, 2018 | Jamie B. Beaber (*Pro Hac Vice*) |
| | | *jbeaber@mayerbrown.com* |
| 3 | | Kfir B. Levy (State Bar No. 235372) |
| 4 | | *klevy@mayerbrown.com* |
| | | James A. Fussell, III (*Pro Hac Vice*) |
| 5 | | *jfussell@mayerbrown.com* |
| 6 | | Tiffany A. Miller (*Pro Hac Vice*) |
| | | *tmiller@mayerbrown.com* |
| 7 | | Alison T. Gelsleichter (*Pro Hac Vice*) |
| 8 | | *agelsleichter@mayerbrown.com* |
| | | Saqib J. Siddiqui (*Pro Hac Vice*) |
| 9 | | *ssiddiqui@mayerbrown.com* |
| 10 | | Justin Ilhwan Park (State Bar No. 250220) |
| 11 | | *jpark@mayerbrown.com* |
| | | Michael L. Lindinger (*Pro Hac Vice*) |
| 12 | | *mlindinger@mayerbrown.com* |
| 13 | | |
| | | **MAYER BROWN LLP** |
| 14 | | 1999 K Street NW |
| 15 | | Washington, DC 20006 |
| | | Phone: 202.263.3000 |
| 16 | | |
| 17 | | Amanda Streff Bonner (*Pro Hac Vice*) |
| | | *asbonner@mayerbrown.com* |
| 18 | | **MAYER BROWN LLP** |
| 19 | | 71 South Wacker Drive |
| | | Chicago, IL 60606 |
| 20 | | Phone: 312.782.0600 |
| 21 | | |
| | | David M. Stein, State Bar No. 198256 |
| 22 | | *dstein@ggtriallaw.com* |
| 23 | | **GREENBERG GROSS LLP** |
| | | 650 Town Center Drive, Suite 1700 |
| 24 | | Costa Mesa, California 92626 |
| 25 | | Phone: 949.383.2800 |
| 26 | | Attorneys for Plaintiff MAXELL, LTD. |
| 27 | | |
| 28 | | |

| | |
|---|---|
| 1 | */s/   Steven Lieberman* |
| 2 | Glenn W. Trost (SBN: 116203) |
| | gtrost@swlaw.com |
| 3 | **SNELL & WILMER L.L.P.** |
| | 350 Grand Ave., Suite 3100 |
| 4 | Los Angeles, CA 90071 |
| | (213) 929-2500 |

Steven Lieberman (*Pro Hac Vice*)
slieberm@rothwellfigg.com
Sharon Davis (*Pro Hac Vice*)
sdavis@rothwellfigg.com
Jennifer Maisel (*Pro Hac Vice*)
jmaisel@rothwellfigg.com
Nechama Potasnick (*Pro Hac Vice*)
npotasnick@rothwellfigg.com
**ROTHWELL FIGG ERNST & MANBECK, P.C.**
607 14th Street, N.W., Suite 800
Washington, D.C. 20005
(202) 783-6040

Attorneys for Defendant FANDANGO MEDIA, LLC