| | |
|---|---|
| Jamie B. Beaber (*Pro Hac Vice*)<br>　jbeaber@mayerbrown.com<br>Kfir B. Levy (State Bar No. 235372)<br>　klevy@mayerbrown.com<br>James A. Fussell, III (*Pro Hac Vice*)<br>　jfussell@mayerbrown.com<br>Tiffany A. Miller (*Pro Hac Vice*)<br>　tmiller@mayerbrown.com<br>Alison T. Gelsleichter (*Pro Hac Vice*)<br>　agelsleichter@mayerbrown.com<br>Saqib J. Siddiqui (*Pro Hac Vice*)<br>　ssiddiqui@mayerbrown.com<br>Justin Ilhwan Park (State Bar No. 250220)<br>　jpark@mayerbrown.com<br>Michael L. Lindinger (*Pro Hac Vice*)<br>　mlindinger@mayerbrown.com<br>**MAYER BROWN LLP**<br>1999 K Street NW<br>Washington, DC 20006<br>Phone: 202.263.3000<br><br>Amanda Streff Bonner (*Pro Hac Vice*)<br>　asbonner@mayerbrown.com<br>**MAYER BROWN LLP**<br>71 South Wacker Drive<br>Chicago, IL 60606<br>Phone: 312.782.0600<br><br>David M. Stein, (State Bar No. 198256)<br>　dstein@ggtriallaw.com<br>**GREENBERG GROSS LLP**<br>650 Town Center Drive, Suite 1700<br>Costa Mesa, CA 92626<br>Phone: 949.383.2800<br>Fax:　 949.383.2801<br><br>Attorneys for Plaintiff Maxell, Ltd. | Steven Lieberman (*Pro Hac Vice*)<br>　slieberman@rothwellfigg.com<br>Sharon Davis (*Pro Hac Vice*)<br>　sdavis@rothwellfigg.com<br>Jennifer Maisel (*Pro Hac Vice*)<br>　jmaisel@rothwellfigg.com<br>Nechama Potasnick (*Pro Hac Vice*)<br>　npotasnick@rothwellfigg.com<br>**ROTHWELL FIGG ERNST<br>& MANBECK, P.C.**<br>607 14th Street, N.W., Suite 800<br>Washington, DC 20005<br>Phone: (202) 783-6040<br><br>Keith M. Gregory (SBN: 117837)<br>　kgregory@swlaw.com<br>**SNELL &WILMER L.L.P.**<br>350 Grand Ave., Suite 3100<br>Los Angeles, CA 90071<br>Phone: (213) 929-2500<br><br>Attorneys for Defendant<br>Fandango Media, LLC |

# UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| MAXELL, LTD.,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>FANDANGO MEDIA, LLC,<br><br>　　　　Defendant. | Case No. 2:17-cv-07534-AG (SSx)<br><br>**FINAL JUDGMENT OF COUNTS I, II, III, AND VII** |

The Court Granted-in-Part Defendant's Motion to Dismiss for Failure to State a Claim (Dkt. 66) and Granted Defendant's Motion for Judgment on the Pleadings (Dkt. 99). In view of these orders, and pursuant to Fed. R. Civ. P. 54(b), the Court determines there is no just reason for delay and ORDERS that final judgment be entered as follows:

1. Judgment is entered against the Plaintiff Maxell, Ltd. and in favor of Defendant Fandango Media, LLC with respect to Counts I, II, III, and VII.

2. The Clerk of Court shall close the case with respect to Counts I, II, III, and VII.

3. The case shall remain open with respect to remaining Counts IV, V, and VI.

**IT IS SO ORDERED.**

Dated: October 2, 2018

_____
ANDREW J. GUILFORD
UNITED STATES DISTRICT JUDGE